UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| SHANE ALAN RICKMAN, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Case No. 6:13-cv-00088-SLB-HGD |
| ) | |
| FREDDY BUTLER, Warden, and ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

**O R D E R**

It is ORDERED that the report and recommendation entered herein on May 7, 2014, (Doc. 12) is due to be and hereby is VACATED.

DONE this 13th day of May, 2014.

_____
HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE