UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| SHANE ALAN RICKMAN, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Case No. 6:13-cv-00088-SLB-HGD |
| ) | |
| FREDDY BUTLER, Warden, and ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

## MEMORANDUM OPINION

On May 13, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On or about May 22, 2014, petitioner filed unsigned objections to the magistrate judge's report and recommendation. (Doc. 17). By order entered May 27, 2014, petitioner was ordered to return a signed copy of his objections to the court within fourteen (14) days from the date of entry of the order. He was advised that failure to comply with the order would result in the objections being stricken without further notice. (Doc. 18). To date, petitioner has not returned a signed copy of his objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate

judge.  The court further **ACCEPTS** the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** this 20th day of July, 2014.

*Sharon Lovelace Blackburn*
_____
SHARON  LOVELACE  BLACKBURN
UNITED STATES DISTRICT JUDGE