UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| SHANE ALAN RICKMON, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Case No. 6:13-cv-0088-SLB-HGD |
| ) | |
| FREDDY BUTLER, Warden, and ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

**<u>MEMORANDUM OPINION</u>**

On May 13, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On or about May 22, 2014, petitioner filed unsigned objections to the magistrate judge's report and recommendation. (Doc. 17). By order entered May 27, 2014, petitioner was ordered to return a signed copy of his objections to the court within fourteen (14) days from the date of entry of the order. He was advised that failure to comply with the order would result in the objections being stricken without further notice. (Doc. 18).

When petitioner failed to return a signed copy of his objections within the time allowed by the order, the court entered a Memorandum Opinion and Final Judgment on July 21, 2014, denying the petition for writ of habeas corpus. Petitioner thereafter sent a letter to

the court, construed as a motion asking the court to set aside its Memorandum Opinion and Final Judgment entered July 21, 2014. (Doc. 21). The court granted the motion and vacated the Memorandum Opinion and Final Judgment on August 18, 2014. (Doc. 22). Petitioner was given until September 8, 2014, to file any objections to the report and recommendation. Petitioner filed objections on August 24, 2014.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 10th day of February, 2015.

_____
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE